UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
           Government,

    -against-

JAYLEN MARTINEZ,
           Defendant.
------------------------------------------------------------X

22 CR. 668 (RMB)

**ORDER**

    The Court will hold an initial conference on Monday, December 19, 2022 at 1:00 P.M.

    In the absence of defense objection – the proceeding will be held by video.

    Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 444 526 25#

Dated: December 14, 2022
       New York, NY

*Richard M. Berman*
_____
RICHARD M. BERMAN
U.S.D.J.