**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                                                         :
                        Government,            :        22 CR. 668 (RMB)
                                                                         :
      - against -                                :        **ORDER**
                                                                         :
JAYLEN MARTINEZ,                                :
                                                                         :
                        Defendant.              :
---------------------------------------------------------------x

The status conference scheduled for Tuesday, June 27, 2023 at 9:00 A.M. will take place in Courtroom 17B.

Dated: June 21, 2023
       New York, NY

                                                      RICHARD M. BERMAN
                                                          U.S.D.J.