**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                Government,              :        22 CR. 668 (RMB)
                                             :
      - against -                            :        **ORDER**
                                             :
JAYLEN MARTINEZ,                             :
                                             :
                Defendant.               :
---------------------------------------------------------------x

        The status conference scheduled for Tuesday, August 1, 2023 at 10:00 A.M. will take place in Courtroom 17B.

Dated: July 24, 2023
       New York, NY

                                                RICHARD M. BERMAN
                                                      U.S.D.J.