**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :
                Government,      :      22 CR. 668 (RMB)
                                    :
    - against -                  :      **ORDER**
                                    :
JAYLEN MARTINEZ,                    :
                                    :
                Defendant.       :
------------------------------------------------------------x

        The bail hearing scheduled for Tuesday, October 3, 2023 at 1:00 P.M. will take place in Courtroom 17B.

Dated: September 28, 2023
       New York, NY

                                                               _____
                                                                   RICHARD M. BERMAN
                                                                        U.S.D.J.