UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                **ORDER**

-against-                            22 Cr 668

JAYLEN MARTINEZ,

                        Defendant.

-------------------------------------------------------------X

        For the reasons stated on the record today, the defendant is remanded.

Dated: New York, New York
         October 3, 2023

                                                                    RICHARD M. BERMAN, U.S.D.J.