**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                          Government,   :   22 CR. 668 (RMB)
                                         :
      - against -                        :   **ORDER**
                                         :
JAYLEN MARTINEZ,                         :
                                         :
                           Defendant.   :
-----------------------------------------------------------------x

        The status conference scheduled for Wednesday, October 25, 2023 at 9:00 A.M. will take place in Courtroom 17B.

Dated: October 18, 2023
       New York, NY

                                                _____
                                                    RICHARD M. BERMAN
                                                         U.S.D.J.