UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JAYLEN MARTINEZ,

Defendant.

**ORDER**

22 Cr. 668 (RMB)

WHEREAS, with the defendant's consent, the defendant's guilty plea allocution was made before Magistrate Judge Jennifer E. Willis on December 5, 2023;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is provisionally accepted. Sentencing is scheduled for March 12, 2024, at 10:00 a.m.

The status conference currently scheduled for January 17, 2024, at 10:30 a.m. will be held in order to address one or two potential issues with the plea transcript.

**SO ORDERED:**

Dated: New York, New York
12/7/23

RMB
_____
HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK