**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                              :
                                                                           :
                        Government,             :          22 CR. 668 (RMB)
                                                                           :
        - against -                                 :          **ORDER**
                                                                           :
                                                                           :
JAYLEN MARTINEZ,                                            :
                                                                           :
                        Defendant.                 :
-----------------------------------------------------------------x

        The status conference scheduled for Wednesday, January 17, 2024 at 10:30 A.M. will take place in Courtroom 17B.

Dated: January 10, 2024
        New York, NY

                                                                                 _____
                                                                                 RICHARD M. BERMAN
                                                                                      U.S.D.J.