**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,     :     22 CR. 668 (RMB)
                                           :
      - against -                         :     **ORDER**
                                           :
                                           :
JAYLEN MARTINEZ,                           :
                                           :
                Defendant.      :
------------------------------------------------------------x

The sentencing scheduled for Tuesday, March 12, 2024 at 10:00 A.M. will take place in Courtroom 17B.

Dated: March 7, 2024
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.